**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 21-00702-CJC(KESx)                                    Date:  May 24, 2022

Title: <u>VALHALLA MEDIA LLC V. ANYTHING WITH INK WEST-AZ LLC</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| <u>Rolls Royce Paschal</u> | <u>       N/A       </u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                              None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING THIRD PARTY COMPLAINT WITHOUT PREJUDICE AND CLOSING ACTION**

Plaintiff Valhalla Media LLC, a business entity, brought this action against Defendant Anything With Ink West-AZ LLC.  (Dkt. 13.)  After warning and ample time to cure, the Court dismissed Plaintiff's complaint without prejudice for Plaintiff's failure to retain counsel.  (Dkt. 41.)  After that dismissal, all that remained in this action was Defendant's third party complaint against Third Party Defendant Epicure Medical, LLC.  (Dkt. 20.)  The Court ordered Defendant to show cause why its third party complaint should not be dismissed considering the Court's dismissal of Plaintiff's complaint against Defendant.  (Dkt. 41.)  In response, Defendant advised that it does not oppose the Court dismissing the third party complaint without prejudice.  (Dkt. 42.)  The Court hereby **DISMISSES** Defendant's third party complaint **WITHOUT PREJUDICE**.  This action is now closed.